OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK, CBN 122777
LINDA JOY KATTWINKEL, CBN 164283
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415-882-3200
Facsimile: 415-882-3232
Email: ncook@owe.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership, <br><br>Plaintiff, <br><br>v. <br><br>SEARS, ROEBUCK and CO., a Delaware Corporation, <br><br>Defendant. | Case No. C 05 02576 CRB <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-1, the parties hereby stipulate to extend the time for Defendant Sears, Roebuck and Co. to answer or otherwise respond to the Complaint. Such response will now be due on or before August 25, 2005. This extension will not alter the date of any event or deadline already fixed by Court order.

Dated: July 19, 2005

McDERMOTT WILL & EMERY LLP                                OWEN, WICKERSHAM & ERICKSON P.C.

By: _____                                _____
       JILL M. KASTNER                                                  NOEL M. COOK
Attorneys for Plaintiff                                              Attorneys for Defendant

Stip re Ext Time to Answer Complt.wpd

APPROVED
Judge Charles R. Breyer