TERRENCE P. MCMAHON (SBN 71910)
JOHN J. DABNEY (Admitted *Pro Hac*)
JILL M. KASTNER (SBN 211363)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:   (650) 813-5000
Facsimile:    (650) 813-5100
jkastner@mwe.com

STEPHEN M. TRATTNER (Admitted *Pro Hac*)
**LAW OFFICES OF STEPHEN TRATTNER**
1140 19TH St., N.W.
Suite 210
Washington, D.C.  20036
Telephone:   (202) 466-1920
Facsimile:    (202) 466-7779

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEBBLE BEACH COMPANY**, a California General Partnership<br><br>Plaintiff,<br><br>v.<br><br>**SEARS, ROEBUCK and CO.**, a Delaware Corporation<br><br>Defendant. | CASE NO.  C05-02576 CRB<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO REMOVE PARTIES FROM EARLY NEUTRAL EVALUATION IN LIGHT OF COURT'S ORDER THAT THE PARTIES PARTICIPATE IN SETTLEMENT CONFERENCE** |

The parties to the above-entitled action, Plaintiff Pebble Beach Company (Pebble Beach) and Defendant Sears, Roebuck and Co. (Sears), hereby stipulate to removing this case from Early Neutral Evaluation because this Court has already ordered the parties to conduct a settlement conference before Magistrate Judge Chen.

**STIPULATION AND (PROPOSED) ORDER TO REMOVE CASE FROM ENE**

1        WHEREAS during the Case Management Conference on October 7, 2005, this

2  Court informed the parties that he believed Early Neutral Evaluation was inappropriate

3  and ordered the parties to conduct a settlement conference before Magistrate Judge Chen;

4        WHEREAS on October 14, 2005 and October 17, 2005 the parties were informed

5  by the ADR case administrator and Deputy ADR Program Counsel that despite the

6  Court's order referring the parties to a settlement conference before Magistrate Judge

7  Chen, the parties had not been removed from ENE and thus were still required to expend

8  the time and resources in conducting an ENE in addition to the time and costs involved in

9  conducting the settlement conference before Magistrate Judge Chen; and

10       WHEREAS the parties hope to settle this matter and wish to avoid incurring any

11  unnecessary costs or fees prior to conducting their settlement conference before

12  Magistrate Judge Chen; and

13       IT IS HEREBY STIPULATED by and among the parties hereto, through their

14  respective counsel, that this case be removed from Early Neutral Evaluation.

McDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON
JOHN J. DABNEY
JILL M. KASTNER

LAW OFFICES OF STEPHEN TRATTNER
STEPHEN M. TRATTNER

Dated: October 17, 2005     By: /s/ Jill Kastner
                          Attorneys for Plaintiff
                          PEBBLE BEACH COMPANY

**OWEN, WICKERSHAM & ERICKSON, P.C.**
NOEL M. COOK
LINDA JOY KATTWINKEL

Dated: October 17, 2005     By: /s/ Noel Cook
                          Attorneys for Defendant
                          SEARS, ROEBUCK and CO

STIPULATION AND (PROPOSED)
ORDER TO REMOVE CASE FROM ENE

1        The parties having entered into the above stipulation and this Court having referred

2    the parties to a settlement conference before Magistrate Judge Chen, this case is hereby

3    removed from Early Neutral Evaluation.

4        IT IS SO ORDERED.

5

6

7    DATED:   October 24, 2005

8    

9

10

11   MPK 99088-1.070166.0013

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND (PROPOSED)
ORDER TO REMOVE CASE FROM ENE