TERRENCE P. MCMAHON (SBN 71910)
JOHN J. DABNEY (Admitted *Pro Hac*)
JILL M. KASTNER (SBN 211363)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:  (650) 813-5000
Facsimile:  (650) 813-5100
jkastner@mwe.com

STEPHEN M. TRATTNER (Admitted *Pro Hac*)
**LAW OFFICES OF STEPHEN TRATTNER**
1140 19TH St., N.W.
Suite 210
Washington, D.C. 20036
Telephone:  (202) 466-1920
Facsimile:  (202) 466-7779

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK and CO., a Delaware Corporation<br><br>Defendant. | CASE NO. C05-02576 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO STRIKE TO JANUARY 20, 2006 |

The parties, Plaintiff Pebble Beach Company (Pebble Beach) and Defendant Sears, Roebuck and Co. (Sears), hereby stipulate to change the time for the Case Management Conference and the hearing of Pebble Beach's motion to strike from the currently set dates of December 2, 2005 and January 6, 2006, respectively, to January 20, 2006. The parties previously stipulated to change the hearing date for the motion to strike, but have not made any prior request for a change to the date of the Case Management Conference. This change will not adversely affect the schedule for this Case.

1  WHEREAS Plaintiff filed its motion to strike certain affirmative defenses on
2  September 29, 2005, setting the hearing date for November 4, 2005;
3  WHEREAS during the Case Management Conference on October 7, 2005, this
4  Court ordered the parties to conduct a settlement conference before Magistrate Judge
5  Chen by December 2, 2005;
6  WHEREAS the parties were informed by Magistrate Judge Chen's clerk that he
7  had no available dates for settlement conferences until December;
8  WHEREAS the settlement conference has been set for December 9, 2005; and
9  WHEREAS the parties hope to settle this matter and wish to avoid incurring any
10 unnecessary costs or fees prior to conducting their settlement conference, including the
11 costs associated with additional briefing for and arguing of the pending motion to strike;
12 IT IS HEREBY STIPULATED by and among the parties hereto, through their
13 respective counsel, that the continued Case Management Conference and Plaintiff Pebble
14 Beach's motion to strike be changed to January 20, 2006, and that all briefing deadlines
15 will be modified accordingly.

McDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON
JOHN J. DABNEY
JILL M. KASTNER

LAW OFFICES OF STEPHEN TRATTNER
STEPHEN M. TRATTNER

Dated: November 9, 2005       By: _____
                                  Attorneys for Plaintiff
                                  PEBBLE BEACH COMPANY


OWEN, WICKERSHAM & ERICKSON, P.C.
NOEL M. COOK
LINDA JOY KATTWINKEL

Dated: November 9, 2005       By: _____
                                  Attorneys for Defendant
                                  SEARS, ROEBUCK and CO

-2-                                    STIPULATION AND
                                       [PROPOSED] ORDER

1  The parties having entered into the above stipulation:

2  IT IS SO ORDERED.

5  DATED: November 14, 2005

7  MPK 100271-1.070166.0013



APPROVED
Judge Charles R. Breyer

STIPULATION AND
[PROPOSED] ORDER