TERRENCE P. MCMAHON (SBN 71910)
JOHN J. DABNEY (Admitted *Pro Hac*)
JILL M. KASTNER (SBN 211363)
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:   (650) 813-5000
Facsimile:   (650) 813-5100
jkastner@mwe.com

STEPHEN M. TRATTNER (Admitted *Pro Hac*)
**LAW OFFICES OF STEPHEN TRATTNER**
1140 19TH St., N.W.
Suite 210
Washington, D.C.  20036
Telephone:   (202) 466-1920
Facsimile:   (202) 466-7779

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK and CO., a Delaware Corporation<br><br>Defendant. | CASE NO.  C05-02576 CRB<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE AND HEARING ON PLAINTIFF'S MOTION TO STRIKE TO FEBRUARY 3, 2006 |

The parties, Plaintiff Pebble Beach Company (Pebble Beach) and Defendant Sears, Roebuck and Co. (Sears), hereby stipulate to change the time for the Case Management Conference and the hearing of Pebble Beach's motion to strike from the currently set for January 20, 2006 to February 3, 2006, so as to provide the parties additional time to settle this matter.  The parties previously stipulated to change the hearing date for the motion to strike and the date of the Case Management Conference from December 2nd to January 20th.  This change will not adversely affect the schedule for this Case.

-1-

1  WHEREAS the parties participated in a settlement conference before Magistrate Judge Chen on December 9, 2005; and

3  WHEREAS the parties hope to settle this matter and wish to avoid incurring any unnecessary costs or fees prior to conducting their settlement conference, including the costs associated with additional briefing for and arguing of the pending motion to strike;

6  WHEREAS the parties believe that an additional two weeks is necessary to conclude their settlement discussions and finalize any settlement agreement that may be reached;

9  IT IS HEREBY STIPULATED by and among the parties hereto, through their respective counsel, that the continued Case Management Conference and Plaintiff Pebble Beach's motion to strike be changed to February 3, 2006, and that all briefing deadlines will be modified accordingly.

McDERMOTT WILL & EMERY LLP
TERRENCE P. MCMAHON
JOHN J. DABNEY
JILL M. KASTNER

LAW OFFICES OF STEPHEN TRATTNER
STEPHEN M. TRATTNER

Dated: December 29, 2005    By:    /s/ Jill Kastner
                                   Attorneys for Plaintiff
                                   PEBBLE BEACH COMPANY

**OWEN, WICKERSHAM & ERICKSON, P.C.**
NOEL M. COOK
LINDA JOY KATTWINKEL

Dated: December 29, 2005    By:    /s/ Linda Joy Kattwinkel
                                   Attorneys for Defendant
                                   SEARS, ROEBUCK and CO

1 | The parties having entered into the above stipulation:
2 | IT IS SO ORDERED.

5 | DATED: January 3, 2006



The Honorable Charles R. Breyer

7 | MPK 100271-1.070166.0013