Noel M. Cook, CBN 122777
Linda Joy Kattwinkel, CBN 164283
OWEN, WICKERSHAM & ERICKSON, P.C.
455 Market Street, 19th Floor
San Francisco, California 94105
Telephone: 415-882-3200
Facsimile:  415-882-3232

Attorneys for Defendant
SEARS, ROEBUCK and CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California) General Partnership, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SEARS, ROEBUCK and CO., a Delaware ) Corporation, ) <br> ) <br> Defendant. ) | Case No. C 05 02576 CRB <br><br> [PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO STAY PLAINTIFF'S MOTION TO STRIKE |

Upon Defendant's *Ex Parte* Application to Stay Plaintiff's Motion to Strike and the accompanying Declaration of Noel M. Cook, submitted herewith by Defendant Sears, Roebuck and Co., and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Application to Stay Plaintiff's Motion to Strike is granted.

Dated: ____January 13, 2006____          _____

United Sta

Issued: _____

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

S:\1clients\SEARS\70001\Pleadings\Proposed Order-StayPMotion-011006.wpd

Owen, Wickersham & Erickson, P.C.
455 Market Street, 19th Floor ~ San Francisco, California 94105
Voice 415/882-3200 ~ Fax 415/882-3232