1  Noel M. Cook, CBN 122777
   Linda Joy Kattwinkel, CBN 164283
2  OWEN, WICKERSHAM & ERICKSON, P.C.
   455 Market Street, 19th Floor
3  San Francisco, California 94105
   Telephone: 415-882-3200
4  Facsimile:  415-882-3232

5

6  Attorneys for Defendant
   SEARS, ROEBUCK and CO.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | PEBBLE BEACH COMPANY, a California ) | Case No. C 05 02576 CRB
   | General Partnership,                ) |
13 |                                     ) | **STIPULATION AND [PROPOSED]**
   |                       Plaintiff,    ) | **ORDER TO CHANGE DATE FOR CASE**
14 |                                     ) | **MANAGEMENT CONFERENCE**
   |              v.                     ) |
15 |                                     ) |
   | SEARS, ROEBUCK and CO., a Delaware  ) |
16 | Corporation,                        ) |
   |                                     ) |
17 |                       Defendant.    ) |

18

19

20     The parties, Plaintiff Pebble Beach Company ("Pebble Beach") and Defendant, Sears,

21 Roebuck and Co. ("Sears"), through their counsel of record, respectfully request and stipulate

22 that the Case Management Conference scheduled for February 3, 2006, at 10:00 a.m., be
                                          8:30 a.m.
23 continued to March 3, 2006 at 1~~0:00~~ a.m.  With the assistance of Magistrate Judge Chen, the

24 parties have reached a settlement in principle and request the continuance to complete the

25 documentation of the settlement.

26 Dated:  February 1, 2006              McDERMOTT WILL & EMERY LLP
                                         Terrence P. McMahon
27                                       John J. Dabney
                                         Jill M. Kastner
28

|   |   |
|---|---|
|   | LAW OFFICES OF STEPHEN M. TRATTNER<br>Stephen M. Trattner |
|   |   |
|   | By  /s/ Jill Kastner<br>    Attorneys for Plaintiff<br>    Pebble Beach Company |
|   |   |
| Dated:  February 1, 2006 | OWEN, WICKERSHAM & ERICKSON, P.C.<br>Noel M. Cook<br>Linda Joy Kattwinkel |
|   |   |
|   | By  /s/ Noel Cook<br>    Attorneys for Defendant<br>    Sears, Roebuck and Co. |

The Parties having entered into the above stipulation:

IT IS SO ORDERED.

Dated:  February 2, 2006

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

S:\1clients\SEARS\70001\Pleadings\Stip-ExtCMC-020106.wpd

C 05 02576 CRB
STIPULATION AND [PROPOSED] ORDER
TO CHANGE DATE FOR CASE MANAGEMENT CONFERENCE                                  -2-