**Exhibit A**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PEBBLE BEACH COMPANY, a California General Partnership<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK and CO., a Delaware Corporation<br><br>Defendant. | CASE NO. C05-02576 CRB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by the parties in the above-entitled action by their undersigned counsel, that the Complaint in this action, together with all claims therein asserted be, and it hereby is, dismissed with prejudice, all parties to bear their own costs and attorneys' fees incurred in this action.

Dated: February 27, 2006

    LAW OFFICES OF STEPHEN TRATTNER
    Attorney for Plaintiff
    1140 19th Street NW, Suite 210
    Washington, DC  20036
    202-466-1920

    By: /s/ Stephen M. Trattner
        Stephen M. Trattner
        *Attorneys for Plaintiff*
        PEBBLE BEACH COMPANY

| | |
|---|---|
| Dated: February 28, 2006 | **OWEN, WICKERSHAM & ERICKSON, P.C.**<br>Noel M. Cook<br>Linda Joy Kattwinkel<br>455 Market Street, 19th Floor<br>San Francisco, California 94105<br>415-882-3200<br><br>By: /s/ Noel M. Cook<br>Noel M. Cook<br>*Attorneys for Defendant*<br>SEARS, ROEBUCK and CO |

SO ORDERED

Dated: March 01, 2006

_____
HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION AND ORDER OF DISMISSAL**